UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
RICHARD MICHAEL MATHIESEN,    :
                              :     Civ. Action No. 18-1435 (NLH)
        Petitioner,           :
                              :
    v.                        :     **MEMORANDUM AND ORDER**
                              :
WARDEN DAVID ORTIZ,           :
                              :
        Respondent.           :
_____:

Petitioner is a prisoner currently incarcerated at the Federal Correctional Institution in Fort Dix, New Jersey. He is proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF Nos. 1 (petition), 1-5 (memorandum of law).

In accordance with Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 cases through Rule 1(b) of the Rules Governing Section 2254 Cases, this Court has screened the Petition for dismissal and determined that dismissal without an answer and the record is not warranted.

Therefore, IT IS this __16th__ day of __February__, 2018,

ORDERED that the Clerk of Court shall serve a copy of the Petition, ECF No. 1, and this Order upon Respondent by regular mail, with all costs of service advanced by the United States; and it is further

ORDERED that the Clerk shall forward a copy of the Petition, ECF No. 1, and this Order to the Chief, Civil Division, United States Attorney's Office, at the following email address:  USANJ-HabeasCases@usdoj.gov; and it is further

ORDERED that within thirty (30) days of the date of the entry of this Order, Respondent shall file and serve an answer which responds to the allegations and grounds in the Petition and which includes all affirmative defenses Respondent seeks to invoke; and it is further

ORDERED that Respondent shall file and serve with the answer certified copies of all documents necessary to resolve Petitioner's claims and affirmative defenses; and it is further

ORDERED that within fifteen (15) days of receipt of the answer, Petitioner may file a reply to the answer; and it is further

ORDERED that within seven (7) days of Petitioner's release, be it parole or otherwise, respondent shall electronically file a written notice of the same with the Clerk; and it is finally

ORDERED that the Clerk shall serve this Order on Petitioner by regular U.S. mail.

At Camden, New Jersey

    s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.